**RAZZANO WALSH & TORRES, P.C.**
JOSEPH C. RAZZANO
Pan American Building
139 Murray Blvd. Suite 100
Hagåtña, Guam 96910
Telephone: (671) 989-3009
Facsimile: (671) 989-8750
Electronic Service: eservice@rwtguam.com

*Attorneys for Defendants*
*William J. Pettis and*
*WJP Dental Corporation*

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| LAKISHA M. BRYANT,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM J. PETTIS<br>aka WILLIE J, PETTIS,<br>and WJP DENTAL CORPORATION,<br><br>Defendants. | Civil Action No. 24-CV-00020<br><br><br><br>**MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

Defendants, William J. Pettis and WJP Dental Corporation, a Florida Corporation, by counsel, requests, under Federal Rule of Civil Procedure 6, to extend the time to file their respective responsive pleadings until January 22, 2025. This Motion is supported by the appended Memorandum in Support, the Declaration of Joseph C. Razzano filed with this Motion (Razzano Declaration), and any argument the Court will entertain on the matter.

//

//

# MEMORANDUM IN SUPPORT

## I. LEGAL STANDARD

Federal Rule of Civil Procedure (FRCP) 6(b)(1) states

(1) In General. When an act may or must be done within a specified time, the court may, for good cause, extend the time:

> (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or
>
> (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

GRCP 6(b)(1) is "to be liberally construed to effectuate the general purpose of seeing that cases are tried on the merits." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258-59 (9th Cir. 2010) (internal page number omitted). "Consequently, requests for extensions of time made before the applicable deadline has passed should normally ... be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." *Id.* (alterations in original) (internal quotation omitted).

## II. ARGUMENT

Currently, the responsive pleading in this case is due January 8, 2025. Counsel is requesting more time to adequately draft a responsive pleading. Defendants engaged the undersigned on January 2, 2025. Razzano Declaration, *Id.* at 3. After reviewing whether Plaintiff effectuated service properly under the FRCP, counsel discovered that Defendants were likely not served in accordance with the FRCP. *Id.* at 4. Nevertheless, rather than challenge the service in this case,

2

Defendants will proceed with responding to the Complaint. *Id.* at 5. With good cause shown, the Court should grant the Motion and extend the time to file Defendants' responsive pleading to January 22, 2025.

## III. CONCLUSION

For the foregoing reasons, Defendants' Motion to Extend the Time to File a Responsive Pleading should be granted.

Respectfully submitted this 6th day of January 2025, at Hagåtña, Guam.

**RAZZANO WALSH & TORRES, P.C.**

By: /s/ Joseph C. Razzano
JOSEPH C. RAZZANO
*Attorneys for Defendants*
*William J. Pettis and*
*WJP Dental Corporation*

## CERTIFICATE OF SERVICE

I, JOSEPH C. RAZZANO, do hereby certify that on the 6th day of January 2025, I will cause to be served, a true and correct copy of the foregoing **MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** on the following via U.S.P.S. Certified Mail:

> Lakisha M. Bryant
> 3724 Table Rock Lane
> Virginia Beach, VA 23452
> ***Pro Se Plaintiff***

Respectfully submitted this 6th day of January 2025.

**RAZZANO WALSH & TORRES, P.C.**

By: /s/ Joseph C. Razzano
JOSEPH C. RAZZANO
*Attorney for Defendants*
*William J. Pettis and*
*WJP Dental Corporation*

4