**RAZZANO WALSH & TORRES, P.C.**
JOSEPH C. RAZZANO
Pan American Building
139 Murray Blvd. Suite 100
Hagåtña, Guam 96910
Telephone: (671) 989-3009
Facsimile: (671) 989-8750
Electronic Service: eservice@rwtguam.com

*Attorneys for Defendants*
*William J. Pettis and*
*WJP Dental Corporation*

# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| LAKISHA M. BRYANT,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM J. PETTIS<br>aka WILLIE J, PETTIS,<br>and WJP DENTAL CORPORATION,<br><br>Defendants. | Civil Action No. 24-CV-00020<br><br>**ORDER**<br>Granting Motion for Extension of<br>Time to File Responsive Pleading<br>(ECF No. 11) |

Having reviewed Defendants' Motion for Extension of Time to File Responsive Pleading and for good cause shown, the court GRANTS the motion and ORDERS that Defendant shall file and serve their responsive pleading on or before January 22, 2025.

IT IS SO ORDERED.

/s/ Michael J. Bordallo
U.S. Magistrate Judge
Dated: Jan 07, 2025